Randall A. Allen, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

---

### 29223. SIMMONS v. OWENS.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur. Gunter and Ingram, JJ., concur specially.*

DECIDED OCTOBER 8, 1974 — REHEARING DENIED DECEMBER 3, 1974.

Willie E. Simmons, *pro se.*
*W. Glynn Thomas, Jr., District Attorney,* for appellee.

---

### 29152. PRESTON v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED DECEMBER 3, 1974.

Robert L. Preston, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

---

### 29351. TOWNES v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*